```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MERCEDES FISHER,                :
                                :
        Plaintiff,              :         CIVIL ACTION
                                :
v.                              :         NO. 18-CV-04653
                                :
CATHOLIC SOCIAL SERVICES        :
OF THE ARCHDIOCESE              :
OF PHILADELPHIA, et al.         :
                                :
        Defendants.             :

## ORDER

AND NOW, this    7th   day of August, 2019, upon consideration of Plaintiff's First Amended Complaint (Compl., Doc. No. 7), Defendants' Motion to Dismiss (Doc. No. 8), Plaintiff's thereto (Doc. No. 11), Defendants' Reply (Doc. No. 12), and Plaintiff's response thereto (Doc. No. 14), it is hereby ordered:

1. Defendants' Motion to Dismiss (Doc. No. 8) is GRANTED with respect to Counts I, IV, V, VI, VII, VIII, and IX of the Complaint (Doc. No. 7).

2. Defendants' Motion to Dismiss (Doc. No. 8) is GRANTED IN PART with respect to Count II, whereby Plaintiff may pursue gender and religious discrimination causes of action pursuant to Title VII only.

3. Defendants' Motion to Strike punitive damages is DENIED with respect to Counts II and III.

1

BY THE COURT:


s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.